Clayton STARK, Appellant,

v.

WATLOW INDUSTRIES, INC., and Liberty Mutual Ins. Co., Insurer, and Treasurer, State of Missouri, as Custodian of Second Injury Fund, Respondents.

No. 73676.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

David ROBERTS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73949.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

Robert H. Sihnhold, St. Louis, for appellant.

John F. Sander, Riethmann, Valentine, St. Louis, for Watlow Industries & Liberty Mutual Ins.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nancy L. Cardinale, Asst. Atty. Gen., Jefferson City, for Treasurer of the State of Missouri as Custodian of the Second Injury Fund.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

## ORDER

PER CURIAM.

Employee, Clayton Stark, appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).